IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

**JAMES JOHNSON**                                                                       **PLAINTIFF**

V.                       CASE NO.  3:22-cv-00015-LPR

**AUTHOR WHITE, Retired,**
**Street and Sanitation Dept.**                                              **DEFENDANT**

## JUDGMENT

Consistent with the Order that was entered on this day, it is considered, ordered, and adjudged that this case is hereby DISMISSED without prejudice. The Court certifies that an *in forma pauperis* appeal would not be taken in good faith.[1]

IT IS SO ORDERED this 30th day of March, 2022.

_____
LEE P. RUDOFSKY
UNITED STATES DISTRICT JUDGE

---

[1] 28 U.S.C. § 1915(a)(3).